IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sammie Smith,                                    Case No. 4:18 CV 512

                          Petitioner,            ORDER ADOPTING
        -vs-                                     REPORT AND RECOMMENDATION

State of Ohio, et al.,                           JUDGE JACK ZOUHARY

                  Respondents.

        Petitioner filed for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1).  Magistrate

Judge Baughman issued a Report and Recommendation ("R&R") (Doc. 20), which considered the

Return of Writ, Traverse, and Supplement to Traverse, as well as Petitioner's letter and his multiple

requests for an evidentiary hearing (Docs. 3, 10–12, 14, 16, 18).

        Following the R&R, Petitioner timely objected (Doc. 21), stating that he "respectfully extends

his thanks to the Magistrate Judge for explaining in simple terms the reason the Federal District

Court's inability to hold an evidentiary hearing and rule on this Petitioner's four grounds presented"

(Doc. 21 at 1).  The three-page Objection does not challenge the R&R's rulings on the four grounds,

but rather focuses on the ineffective assistance claims which the Magistrate Judge "indicated . . . were

not supported with competent credible evidence" (*id.* at 3).  Petitioner argues there was credible

evidence under Ohio Revised Code Section 149.43, and that "both the trial and appellate court are

guilty of collusion" (*id.* at 1, 3).

Having reviewed the record and the R&R, this Court finds Petitioner's Objection not well taken. Petitioner cannot overcome the procedural default of his ineffective assistance of counsel claims. *See Edwards v. Carpenter*, 529 U.S. 446, 451 (2000). He is not entitled to an evidentiary hearing on the issue. *See Bowling v. Parker*, 344 F.3d 487, 511 (6th Cir. 2003).

The R&R accurately and correctly rejected Petitioner's four grounds (*see* Doc. 20 at 22–28); this Court adopts it in its entirety. The Objection (Doc. 21) is overruled, and the Petition (Doc. 1) is denied in part and dismissed in part. This Court certifies there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. §2253(c). Further, an appeal from this Order could not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

___s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 27, 2019
